(137 So. 917)

### Robert CLECKER v. STATE.
5 Div. 834.

Court of Appeals of Alabama.
Nov. 24, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 918)

### Lester C. CLEMENTS v. STATE.
6 Div. 61.

Court of Appeals of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 915)

### Nelson COBB v. STATE.
3 Div. 684.

Court of Appeals of Alabama.
Jan. 13, 1931.

Seal Finklestein, of Montgomery, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

This appeal is submitted upon the record only. There is no bill of exceptions. It appears from the record that the appellant was convicted by a general verdict of the jury, upon an indictment which charged him with distilling, making, or manufacturing alcoholic, spirituous, etc., liquors, and for the possession of a still to be used for that purpose. The court fixed his punishment at three to four years' imprisonment in the penitentiary. From the judgment of conviction he appealed. There is no error in the record.

(132 So. 911)

### Oran COBB v. STATE.
8 Div. 101.

Court of Appeals of Alabama.
March 3; 1931.

SAMFORD, J.
Affirmed.

(137 So. 918)

### Noah COLEMAN v. STATE.
1 Div. 27.

Court of Appeals of Alabama.
Nov. 17, 1931.

BRICKEN, P. J.
Appeal dismissed.